**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/13
```

------------------------------------- X

COGNIZANT TECHNOLOGY SOLUTIONS  :
U.S. CORPORATION,

                :

        Plaintiff,

                :    Civil Action No. 13 Civ. 02262-VM

    -against-

                :

GGI TECHNOLOGIES, d/b/a COGNIZANT
CONSULTING,                :

        Defendant.

------------------------------------- X

### DEFAULT JUDGMENT

Upon the Complaint of Cognizant Technology Solutions U.S. Corporation ("Cognizant" or "Plaintiff"), filed on April 5, 2013, against defendant GGI Technologies, d/b/a Cognizant Consulting ("GGI" or "Defendant"); and

Upon the Motion for Entry of Default Judgment of Plaintiff filed June 11, 2013 (the "Motion"); and

Plaintiff having duly served GGI, by service of a copy of the Summons and Complaint in this action on April 22, 2013; and

GGI having failed to serve an answer or otherwise appear in this action within the statutory period; and

The Clerk of this Court having certified the default of GGI on May 23, 2013; and

Upon the Order dated _June 13_, 2013, granting the Motion, it is

ORDERED, ADJUDGED, and DECREED that all allegations pleaded in the Complaint are deemed to be true against GGI; and it is further

1

ORDERED, ADJUDGED, and DECREED that the final judgment is entered in favor of

Plaintiff Cognizant and against Defendant GGI.

Dated: New York, New York

_13 June_, 2013

**RUBY J. KRAJICK**
Clerk of Court

By: _____

Deputy Clerk

Approved:

Honorable Victor Marrero
U.S.D.J.

2